Valentina Pisano, appellee, v. Italo-American National Union, appellant. Gen. No. 31,561.

Assumpsit to recover amount of death benefit. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Howard Hayes, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Reversed with findings of fact. Opinion filed October 4, 1927.

Thomas H. Landise and Busby, Weber, Miller & Donovan, for appellant. Lester L. Bauer and Leopold B. Melnick, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

The National Malleable Castings Company, appellee, v. Iroquois Steel & Iron Company, appellant. Gen. No. 31,567.

Assumpsit for money had and received. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Charles F. McKinley, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Affirmed on remittitur of $383.30. Opinion filed October 4, 1927.

Edwin J. Raber, for appellant. Butler, Lamb, Foster & Pope, for appellee; Allan J. Carter and Arthur Fisher, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

---

Polish Roman Catholic Union of America, appellant, v. Helen J. Novotny et al., appellees. Gen. No. 31,582.

Bill for foreclosure. Dismissed for want of equity. Appeal from the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Reversed and remanded with directions. Opinion filed October 4, 1927. Rehearing denied October 17, 1927.

John Jankowski and Leesman & Roemer, for appellant. Myer H. Gladstone, for appellees.

Mr. Justice Gridley delivered the opinion of the court.

---

Herbert W. Duncanson et al., appellants, v. George Lill and William W. Lill, appellees. Gen. No. 31,610.

Bill for accounting, receiver and transfer of interest. Dismissed for want of equity. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Affirmed. Opinion filed October 4, 1927.

C. R. Latham, H. P. Young and Chas. Martin, for appellants. William E. Cloyes and R. J. Klingler, for appellees.

Mr. Justice Gridley delivered the opinion of the court.